UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


| | |
|---|---|
| TERSA LANEY o/b/o ) | |
| RICHARD LANEY ) | |
| ) | |
| v. ) | NO. 2:10-CV-65 |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |

**O R D E R**

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated February 10, 2011. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's motion for summary judgment, [Doc. 8], be granted to the extent that the case be remanded to the Commissioner under Sentence Four for further evaluation of the plaintiff's alleged mental impairment, and defendant's motion for summary judgment, [Doc. 10], be denied. The defendant has not filed objections to this recommendation, [Doc. 12]. After careful consideration of the record as a whole, including the Administrative Transcript, and after careful consideration of the Report

1

and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 12], that the plaintiff's motion for summary judgment, [Doc. 8], is **GRANTED** to the extent that the case be remanded to the Commissioner under Sentence Four for further evaluation of the plaintiff's alleged mental impairment, and that defendant's motion for summary judgment, [Doc. 10], is **DENIED**.

    E N T E R:

                                                       s/J. RONNIE GREER
                                        UNITED STATES DISTRICT JUDGE